THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEON DWAYNE COATES,<br><br>　　　　Defendant. | NO. CR17-292-JLR<br><br>(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

The Court has reviewed the defense's Unopposed Motion to Extend Pretrial Motions Deadline, Dkt. 14, and the record in this case. Having concluded that the requested extension is reasonable, it is:

ORDERED that the pretrial motions deadline in this case is extended from December 21, 2017, to January 4, 2018.

DONE this 21st day of December, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Deon Dwayne Coates

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO EXTEND
PRETRIAL MOTIONS DEADLINE - 1
(*Deon Coates*; CR17-292JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100